IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY JOHN CONTE, III, et al | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 14-6788 |
| MORTGAGE ELECTRONIC | : |
| REGISTRATION SYSTEMS, et al | : |

### ORDER

AND NOW, this 27th day of March 2015, upon consideration of Defendants' Motion to Dismiss the *Pro Se* Complaint (ECF Doc. No. 3), and the Plaintiff having elected not to respond but the Court considering the merits in the accompanying memorandum,

It is hereby **ORDERED** that Defendant's motion is **GRANTED** as this Court lacks subject matter jurisdiction. The Complaint is **DISMISSED with prejudice.**

_____
KEARNEY, J.